In the Matter of the Application of HENRY P. VIELBIG, Appellant, for the Examination of Voting Machines Pursuant to the Provisions of Section 333 of the

Election Law; HILBERT R. JOHNSON, Respondent.— Order denying petitioner's application to examine the voting machines in eleven election districts in the incorporated village of Freeport, Long Island, reversed on the law and the facts, without costs, and motion granted, without costs, to the extent of providing that an examination be had of the machine in the eleventh election district. The record discloses some basis for an examination in that district. Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ., concur.